# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-17-00305-CR
_____

## ORLANDO GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-22133**

## ORDER

Counsel of record for Orlando Garcia filed a motion for leave to withdraw as counsel and to order the trial court to appoint new counsel on appeal. The motion presents good cause to permit counsel to withdraw. Because counsel was appointed by the trial court, the case must be remanded to that court for appointment of new counsel.

It is, therefore, ORDERED that the appeal is abated and the case is remanded to the trial court for the purpose of appointing new counsel to represent the appellant.

1

All appellate timetables are suspended pending resolution of this matter in the trial court. A supplemental clerk's record containing any orders and findings made by the trial court pursuant to this Order shall be filed with the Court of Appeals by January 5, 2018.

ORDER ENTERED December 6, 2017.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2